Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MARCOM, | ) |
| | ) CASE NO.: 5:18-cv-02325-PLA |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND EIGHT HUNDRED NINETY FIVE DOLLARS AND 00/100 ($1,895.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

DATED: 5/30/2019         /s/ - Paul L. Abrams
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE